UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VLADIMIR KUSH,

                           Plaintiff,

-against-

ALECIA MOORE p/k/a "PINK,"
ZOMBA LABEL GROUP,
LAFACE RECORDS, RADICAL MEDIA, and
JOHN OR JANE DOES 1 THROUGH 3, inclusive,
                           Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

~~PROPOSED~~
SCHEDULING ORDER

Index #   07-CV-7018 (SS)

      WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on August 23, 2007 (the "Order"); and

      WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

      NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

      1.     Initial Case Conference Date:   September 18, 2007

| DORSEY & WHITNEY LLP | LAW OFFICES OF JULIAN D. RILEY JR., P.C. |
|---|---|
| 250 Park Avenue | 43 Clarkson Street, Ground Floor |
| New York, New York 10177-1500 | New York, New York 10014 |
| (212)545-4000 | (212)625-2525 |
| Marc S. Reiner | Julian D. Riley Jr. (JR 2163) |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF |
| **RADICAL MEDIA, ZOMBA LABEL GROUP, and LaFACE RECORDS** | **VLADIMIR KUSH** |

2.  Concise Statement of Case: Complaint alleges copyright infringement featuring an original painting in a popular music video.

3.  Depositions to be completed by February 28, 2008.

    a.  Unless counsel agrees otherwise, or the Court so orders, depositions are not to be held until all parties hereto have responded to any first requests for production of documents. *JDR*

    b.  Names of those to be deposed to be determined at a later date.

    c.  Depositions shall proceed concurrently.

    d.  Whenever possible, unless counsel agrees otherwise, or the Court so orders, non-party depositions shall follow party depositions.

    e.  Unless counsel agrees otherwise, or the Court so orders, depositions shall be conducted in accordance with Rule 30.

4.  Experts, if any, are to be designated by January 15, 2008, and experts' reports exchanged no later than February 29, 2008, and any rebuttal reports to be submitted by March 21, 2008. Experts may be deposed, and such depositions will be completed by April 11, 2008.

5.  Production of Documents:

    a.  First requests for production of documents, if any, are to be served no later than October 9, 2007.

    b.  First requests for interrogatories, if any, are to be served no later than October 9, 2007.

      c.    All discovery is to be completed by April 11, 2008.

6. The plaintiff will supply its pre-trial order matters to defendants by April 30, 2008.

7. The final pre-trial conference in this matter shall be held on *March 18 at 4:30*

8. The parties are likely to submit a stipulated protective order concerning the disclosure of confidential information.

9. The parties have no discovery issues of concern at this time.

10. Expert testimony, if any, is anticipated in the matter of determining damages.

11. The joint pretrial order shall be filed no later than May 12, 2008. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

12. All motions and applications shall be governed by the Court's Individual Rules of Practice.

13. Counsel consent to trial by a United States Magistrate Judge:

      Yes _____          No   XX

//
//
//
//
//
//
//

14. This Scheduling Order may only be altered or amended upon a showing of good cause not foreseeable at this initial conference, or as justice requires.

_____
Marc S. Reiner
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177-1500
(212)545-4000
ATTORNEYS FOR DEFENDANTS
**RADICAL MEDIA, ZOMBA LABEL GROUP, and LaFACE RECORDS**

_____
Julian D. Riley, Jr. (JR 2163)
LAW OFFICES OF JULIAN D. RILEY JR.
43 Clarkson Street, Ground Floor
New York, New York 10014
(212)625-2525
ATTORNEY FOR PLAINTIFF
**VLADIMIR KUSH**

**Next Case Management Conference** _March 18 at 4:30_
(to be completed by the Court)

SO ORDERED:
DATED: _Sept. 18, 2007_
New York, New York

_____
Honorable Shira A. Scheindlin
United States District Judge, SDNY