Marc S. Reiner, Esq. (MR-6669)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Defendants*
*Zomba Label Group and*
*LaFace Records LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| VLADIMIR KUSH, | : | |
| | : | 07 CV 7018 (SAS) |
| Plaintiff, | : | |
| | : | |
| -against- | : | **RULE 7.1(a) STATEMENT** |
| | : | **FOR DEFENDANTS** |
| ALECIA MOORE p/k/a "PINK," ZOMBA | : | **ZOMBA LABEL GROUP AND** |
| LABEL GROUP, LAFACE RECORDS, | : | **LAFACE RECORDS LLC** |
| RADICAL MEDIA, and JOHN DOES 1 | : | |
| THROUGH 5, inclusive, | : | |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------------X

  Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned attorneys for defendants Zomba Label Group (which, itself, is not an existing legal entity) and LaFace Records LLC (improperly sued as "LaFace Records") state that their ultimate parent companies are Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

2

                                    Respectfully submitted,

Dated: New York, New York        DORSEY & WHITNEY LLP
       October 5, 2007


                                    By:      /s/ MARC S. REINER
                                        Marc S. Reiner (MR-6669)

250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Zomba Label Group and
LaFace Records LLC

2

4839-0707-1233\1