Marc S. Reiner, Esq. (MR-6669)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Defendant*
*Radical Media*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| VLADIMIR KUSH, | : |
| | : 07 CV 7018 (SAS) |
| Plaintiff, | : |
| | : |
| -against- | : **RULE 7.1(a) STATEMENT FOR** |
| | : **DEFENDANT RADICAL MEDIA** |
| ALECIA MOORE p/k/a "PINK," ZOMBA | : |
| LABEL GROUP, LAFACE RECORDS, | : |
| RADICAL MEDIA, and JOHN DOES 1 | : |
| THROUGH 5, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

---------------------------------------------------------------X

The undersigned attorneys for defendant Radical Media make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1(a):

Defendant Radical Media is not a publicly traded corporation and no publicly held corporation owns 10% or more of its stock.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>October 5, 2007 | DORSEY & WHITNEY LLP |
|  | By:    /s/ MARC S. REINER<br>    Marc S. Reiner (MR-6669) |
|  | 250 Park Avenue<br>New York, NY 10177<br>(212) 415-9200 |
|  | Attorneys for Defendant<br>Radical Media |