UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR KUSH,

        Plaintiff,

-against-

ALECIA MOORE p/k/a "PINK,"
ZOMBA LABEL GROUP, LAFACE RECORDS,
RADICAL MEDIA, and
JOHN OR JANE DOES 1 THROUGH 3, inclusive,

        Defendants.

07 CV 7018 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Vladimir Kush ("Plaintiff"), defendants Zomba Label Group, LaFace Records, and Radical Media ("Defendants"), by and through their respective counsel, hereby file this Stipulation for Voluntary Dismissal With Prejudice in this action and state as follows:

1. Plaintiff and Defendants have agreed to settle this action pursuant to a confidential settlement agreement.

2. Plaintiff and Defendants have agreed that each of them shall bear its/his own attorney's fees and costs.

3. All claims asserted in this action against all defendants shall be and hereby are dismissed with prejudice.

LAW OFFICES OF JULIAN D. RILEY, JR., P.C.

By: _____
Julian D. Riley, Jr. (JR 2163)
43 Clarkson Street, Ground Floor
New York, NY 10014
(212) 625-2525

Attorneys for Plaintiff

DORSEY & WHITNEY, LLP

By: _____
Marc S. Reiner (MR-6669)
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendants
Zomba Label Group,
LaFace Records, and
Radical Media

IT IS SO ORDERED, this 18 day of March, 2008.

_____
Hon. Shira Scheindlin
United States District Judge